UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA    )
)
       vs.    )      No.  3:08-CR-139(01) RM
)
CORNELIUS WRIGHT, III    )
)

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on February 13, 2009 [Doc. No. 17]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Cornelius Wright, III's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:  March 6, 2009

    /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court